IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PG PUBLISHING COMPANY, and BLOCK COMMUNICATIONS, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:20-cv-01222-NR |
| PITTSBURGH COMMISSION ON HUMAN RELATIONS | ) ) ) ) | |
| Defendant. | ) ) | |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of the PG Publishing Company or Block Communications, Inc. that have issued shares or debt securities to the public.

Respectfully Submitted,

PG PUBLISHING COMPANY and
BLOCK COMMUNICATIONS, INC.

By their attorneys,

*/s/ Zachary N. Gordon*
Patrick K. Cavanaugh
PA ID 72960
Zachary N. Gordon
PA ID 318808
**DEL SOLE CAVANAUGH STROYD LLC**
Three PPG Place, Suite 600
Pittsburgh, PA 15222
412-261-2395 (phone)
pcavanaugh@dscslaw.com
zgordon@dscslaw.com


Robert Corn-Revere (*pro hac vice* forthcoming)
Ronald London (*pro hac vice* forthcoming)
Courtney T. DeThomas (*pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington D.C. 20005
202-973-4200
bobcornrevere@dwt.com
ronnielondon@dwt.com
courtneydethomas@dwt.com

Dated: August 20, 2020