IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PG PUBLISHING COMPANY, and BLOCK COMMUNICATIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURGH COMMISSION ON HUMAN RELATIONS<br><br>Defendant. | Civil Action No. 2:20-cv-01222-NR |

## ORDER OF COURT

AND NOW this  29th  day of      September       , 2020, upon consideration of the Joint Motion to Correct the Complaint, it is hereby ORDERED that the Motion is GRANTED as follows:

1. Paragraph 1 of the Complaint (ECF No. 1) is deemed amended as stated in Paragraph 5 of the Motion.

2. Exhibit 1 to the Motion is deemed to be Exhibit 1A to the Complaint.

3. Defendant shall still file its response to the Complaint by October 1, 2020.

BY THE COURT:

 s/ J. Nicholas Ranjan
United States District Judge