## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PG PUBLISHING COMPANY, and<br>BLOCK COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 2:20-cv-01222 |
| | ) | |
| v. | ) | Judge Nicholas Ranjan |
| | ) | |
| PITTSBURGH COMMISSION ON<br>HUMAN RELATIONS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS
### UNDER FED R. CIV. P. 12(b)(6)

Defendant, Pittsburgh Commission on Human Relations, for the reasons stated in the

accompanying Brief in Support, hereby moves to dismiss Counts I and II of Plaintiffs'

Complaint, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6).

Respectfully Submitted,

TREMBA, KINNEY, GREINER & KERR, LLC

Dated: October 1, 2020

By: /s/ Lawrence D. Kerr, Esq.
Lawrence D. Kerr, Esq.
PA I.D. #58635
lkerr@westpalawyers.com
Counsel for Defendant
302 West Otterman Street
Greensburg, PA 15601
Telephone: 724-838-7600
Fax: 724-838-8870

## Certificate of Movant

In accordance with the Court's Orders regarding Motions to Dismiss, undersigned counsel hereby certifies that they conferred with counsel for the Plaintiffs to discuss whether "the pleading defect is curable by amendment," via telephone preceding the filing of this Motion. The parties did not agree to a resolution.

Respectfully submitted,

Date: 10/01/2020

By: /s/ Mark R. Hamilton
Mark R. Hamilton, Esq.
PA I.D. #29919
mhamilton@westpalawyers.com
302 West Otterman Street
Greensburg, PA 15601
Telephone: 724-838-7600
Fax: 724-838-8870

By: /s/ Lawrence D. Kerr, Esq.
Lawrence D. Kerr, Esq.
PA I.D. #58635
lkerr@westpalawyers.com
302 West Otterman Street
Greensburg, PA 15601
Telephone: 724-838-7600
Fax: 724-838-8870

By: /s/ Michael E. Kennedy, Esq.
Michael E. Kennedy, Esquire
PA I.D. #52780
michael.kennedy@pittsburghpa.gov
Associate City Solicitor
City of Pittsburgh Department of Law
414 Grant Street, Suite #313
Pittsburgh, PA 15219
Telephone: 412-255-2025

By: /s/ Wendy Kobee, Esq.
Wendy Kobee, Esquire
PA I.D. #62916
wendy.kobee@pittsburghpa.gov
Associate City Solicitor
City of Pittsburgh Department of Law
414 Grant Street, Suite #313
Pittsburgh, PA 15219
Telephone: 412-255-2025